UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
EL PASO DIVISION

FILED OCT 24 2019
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

IN RE:

Rick Joseph Seeberger

DEBTOR

CASE NO. 16-31482
CHAPTER 11

## CHAPTER 11 POST-CONFIRMATION REPORT
FOR THE QUARTER ENDING SEPTEMBER 2019

1. [✓] Quarterly or [ ] Final (check one)

2. **SUMMARY OF DISBURSEMENTS\*:**

   A. Disbursements made under the plan (itemize on page 3)      $ 4,898.00
   B. Disbursements not under the plan                            $ 4,896.34
   Total Disbursements                                            $ 9,794.34

   \*ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

3. Has the order confirming plan become final?    [✓] Yes  [ ] No
4. Are Plan payments being made as required under the Plan?  [✓] Yes  [ ] No
5. If "No", what Plan payments have not been made and why?
   Please explain: _____

6. If plan payments have not yet begun, when will the first plan payment be made? _____ (Date)

7. What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property treated under the plan?  June 16, 2017  (Date)

8. Please describe any factors which may materially affect your ability to obtain a final decree at this time.
   _____

9. Complete the form for Plan Disbursements attached.

10. **CONSUMMATION OF PLAN:**

    A. If this is a final report, has an application for Final Decree been submitted*?
       [ ] Yes  Date application was submitted _____
       [X] No   Date when application will be submitted UNKNOWN
       *(if required by Local Rule)

    B. Estimated Date of Final Payment Under Plan  June 15, 2022

    | INITIALS _____ |
    | DATE _____ |
    | UST USE ONLY |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _____        DATE: 10/20/19
        Rick Seeberger
        (PRINT NAME)

IN RE: Rick Joseph Seeberger     CASE NO. 16-31482

| CASH RECEIPTS AND DISBURSEMENTS | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|
| CASH-BEGINNING OF QUARTER | 72,318.42 | |
| RECEIPTS | 18,868.26 | 554,839.15 |
| **DISBURSEMENTS** | | |
| NET PAYROLL | 0.00 | |
| PAYROLL TAXES PAID | 0.00 | |
| SECURED/RENTAL/LEASES | 0.00 | 725.00 |
| UTILITIES | 0.00 | 3,303.00 |
| INSURANCE | 981.84 | 13,018.94 |
| INVENTORY PURCHASES | 0.00 | 0.00 |
| VEHICLE EXPENSES | 0.00 | 52.00 |
| TRAVEL & ENTERTAINMENT | 0.00 | 201.00 |
| REPAIRS, MAINTENANCE & SUPPLIES | 0.00 | 1,577.00 |
| ADMINISTRATIVE & SELLING | 0.00 | 0.00 |
| OTHER (attach list) | 3,914.50 | 49,938.33 |
| PLAN PAYMENTS (page 1 and page 3) | 4,898.00 | 834,938.23 |
| TOTAL DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements) | 9,794.34 | 903,753.50 |
| NET CASH FLOW | 9,073.92 | (348,914.35) |
| CASH-END OF QUARTER | 81,392.34 | (348,914.35) |

**CASH ACCOUNT RECONCILIATION FOR ALL FUNDS**
**QUARTER ENDING SEPTEMBER**

| | Month/Year July | Month/Year August | Month/Year September | Total |
|---|---|---|---|---|
| Bank Balance | | | | |
| Deposit in Transit | SEE | ATTACHED | | 0.00 |
| Outstanding Checks | | | | 0.00 |
| Adjusted Balance | 0.00 | 0.00 | 0.00 | 0.00 |
| Beginning Cash-Per Books | | | | |
| Receipts | | | | 0.00 |
| Transfers Between Accounts | | | | 0.00 |
| Checks/Other Disbursements | | | | 0.00 |
| Ending Cash-Per Books | 0.00 | 0.00 | 0.00 | 0.00 |

**STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS**

| | Month/Year July | Month/Year August | Month/Year September | Total |
|---|---|---|---|---|
| Beginning Cash | | | | |
| Total Receipts | | SEE ATTACHED | | 0.00 |
| Total Disbursements | | | | 0.00 |
| Ending Cash | 0.00 | 0.00 | 0.00 | |

IN RE: Rick Joseph Seeberger

CASE NO. 16-31482

DEBTOR

## PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---:|---:|
| American Honda* | 6 | Paid In Full | | 3,891.00 |
| Baskind & Hosford | 3 | Paid In Full | | 999.00 |
| City of El Paso Tax Assessor | 1A | Paid In Full | | 19,928.00 |
| DirecTV | 3 | Paid In Full | | 71.00 |
| El Paso Electric | 8 | Paid In Full | | 2,205.00 |
| Elephant Butte | 3 | Paid In Full | | 478.00 |
| Maurine Cox | 3 | Paid In Full | | 563.00 |
| Mirandas & Maldonado | 8 | 10/31/19 | 1,106.00 | 4,424.00 |
| | | | | |
| Synchrony Bank | 8 | 10/31/19 | 281.00 | 1,124.00 |
| Sam James & Rago | 8 | 10/31/19 | 1,000.00 | 4,000.00 |
| US Bank | 8 | 10/31/19 | 392.00 | 1,568.00 |
| Wells Fargo | 8 | 10/31/19 | 281.00 | 1,124.00 |
| Discover Bank | 8 | 10/31/19 | 140.00 | 560.00 |
| GECU | 8 | 10/31/19 | 944.00 | 3,746.35 |
| Vivint | | Paid In Full | | |
| Capital One | 8 | 7/30/19 | 754.00 | 2,262.00 |
| Ron and Debbie Acton | 5 | Paid In Full | | 350,000.00 |
| Bank of America | 4A | Paid in Full | | 437,994.88 |
| | | | | |
| **TOTAL PLAN PAYMENTS:** (report on page 1 and page 2) | | | 4,898.00 | 834,938.23 |

3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Beginning Balance** | $ | 72,318.42 | $ | 75,059.15 | $ | 77,818.87 | $ | 72,318.42 |
| **Receipts** | | | | | | | | |
| Reimbursement of Monthly Expenses from Custodial Care | | | | | | | $ | 0.00 |
| Rental Income | | | | | | | $ | 0.00 |
| SSA Payments | $ | 1,441.00 | $ | 1,441.00 | $ | 1,441.00 | $ | 4,323.00 |
| Gift Income | | | | | | | $ | 0.00 |
| Interest Income | | | $ | 0.26 | | | $ | 0.26 |
| Reimbursement of Deposit | | | | | | | $ | 0.00 |
| Refund | | | | | | | $ | 0.00 |
| Cash Transfer | $ | 5,548.00 | | | | | $ | 5,548.00 |
| Loans | | | | | | | $ | 0.00 |
| 1/2 Net Sale of Gato Property (6767) | | | | | | | $ | 0.00 |
| 1/2 Mortgage Net Receipt (6763 Gato Rd) | $ | 828.52 | $ | 828.52 | $ | 828.52 | $ | 2,485.56 |
| 1/2 Mortgage Net Receipt (6771 Gato Rd) | | | | | | | $ | 0.00 |
| 1/2 Mortgage Receipt (6767 Gato Rd) | $ | 2,363.50 | $ | 2,363.50 | $ | 1,784.44 | $ | 6,511.44 |
| **TOTAL** | $ | 82,499.44 | $ | 79,692.43 | $ | 81,872.83 | $ | 91,186.68 |
| **Disbursements** | | | | | | | | |
| Utilities | | | | | | | $ | 0.00 |
| Medical, Dental, Vision Insurance | $ | 170.22 | $ | 170.22 | $ | 170.22 | $ | 510.66 |
| Life Insurance | $ | 143.06 | $ | 143.06 | $ | 143.06 | $ | 429.18 |
| Homeowner's Insurance - now being paid for by Eaglesnest ELP Properties | | | | | | | $ | 0.00 |
| Auto Insurance | | | | | | | $ | 0.00 |
| AD&D Insurance | | | | | $ | 42.00 | $ | 42.00 |
| Auto | | | | | | | $ | 0.00 |
| Entertainment | | | | | | | $ | 0.00 |
| Business Supplies | | | | | | | $ | 0.00 |
| Other | | | | | | | $ | 0.00 |
| Food | | | | | | | $ | 0.00 |
| Personal Care | | | | | | | $ | 0.00 |
| Clothing | | | | | | | $ | 0.00 |
| Custodial Care | | | | | | | $ | 0.00 |

| | | | | |
|---|---|---|---|---|
| Medical | | | | $ 0.00 |
| Donations | | | | $ 0.00 |
| Legal & Taxes | | | $ 15.00 | $ 15.00 |
| Tax Prep Fees | | | | $ 0.00 |
| Campaign for US Congress Expenses | | | | $ 0.00 |
| US Trustee | $ 650.00 | | | $ 650.00 |
| Bank Charges | | | | $ 0.00 |
| Credit Card Payments | $ 1,164.02 | $ 1,560.28 | $ 110.21 | $ 2,834.51 |
| Transfer to Savings Acct | $ 414.99 | | | $ 414.99 |
| Sale of Gato Property Expenses | | | | $ 0.00 |
| Sub-Total Other | $ 2,229.01 | $ 1,560.28 | $ 125.21 | $ 3,914.50 |
| SUB-TOTAL | $ 2,542.29 | $ 1,873.56 | $ 480.49 | $ 4,896.34 |
| Plan Payments | | | | |
| American Honda | | | | |
| Vivint | | | | |
| Baskind & Hosford | | | | |
| Maurine Cox | | | | |
| Elephant Butte | | | | |
| DirecTV | | | | |
| City of El Paso | | | | |
| El Paso Electric | | | | |
| Miranda & Maldonado | $ 1,106.00 | | | $ 1,106.00 |
| Sam James & Rago | $ 1,000.00 | | | $ 1,000.00 |
| Synchrony Bank | $ 281.00 | | | $ 281.00 |
| US Bank | $ 392.00 | | | $ 392.00 |
| Wells Fargo | $ 281.00 | | | $ 281.00 |
| Discover Bank | $ 140.00 | | | $ 140.00 |
| Capital One | $ 754.00 | | | $ 754.00 |
| GECU | $ 944.00 | | | $ 944.00 |
| SUB-TOTAL | $ 4,898.00 | $ 0.00 | $ 0.00 | $ 4,898.00 |
| TOTAL DISBURSEMENTS | $ 7,440.29 | $ 1,873.56 | $ 480.49 | $ 9,794.34 |
| New Balance | $ 75,059.15 | $ 77,818.87 | $ 81,392.34 | $ 81,392.34 |